**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MAURICE NEAL, | |
| Plaintiff | CIVIL ACTION NO. 3:26-CV-01477 |
| v. | (MEHALCHICK, J.) |
| SERGEANT WEBB, *et al.*, | |
| Defendants. | |

## ORDER

AND NOW, this 8th day of June, 2026, upon preliminary screening of Plaintiff's complaint (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Plaintiff is PERMITTED to proceed on First Amendment retaliation claims against defendants John Doe 1 and John Doe 2.

2. All other claims are DISMISSED pursuant to 28 U.S.C. § 1915A. The Clerk is DIRECTED to terminate defendant Sergeant Webb from the docket.

3. Plaintiff is PERMITTED to file an amended complaint within **30 days** of this order. Any amended complaint must be an entirely new complaint that stands alone without reference to the original complaint or any other document filed in this matter.

4. If Plaintiff does not file an amended complaint, the case will proceed solely on the surviving claims, and the Warden of SCI-Mahanoy will be added as a defendant for the limited purpose of identifying the John Doe defendants. *See*, *e.g.*, *Murray v. Ohio Dep't of Corr.*, No. 1:14-CV-168, 2014 WL 1382401, at *4 (S.D. Ohio Apr. 8, 2014).

**Dated: June 8, 2026**

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**